## LIVINGSTON *against* PLATNER.

TRESPASS *quare clausum fregit*, and for cutting the plaintiff's trees, contrary to the form of the statute, &c. On the trial the plaintiff claimed, and the Judge *charged* the jury to find *the value of the wood cut.* According to the *minutes of* the Circuit Clerk, the jury found for the plaintiff 75 dollars damages, and 6 cents costs, without saying *single damages* or *single value.* The postea was produced, which was drawn up by the attorney for the *single value, &c.* The plaintiff claimed the *value* of the wood cut, upon the trial.

*E. Williams* moved that the damages and costs be trebled.

*Butler*, contra. The statute (*sess.* 36, *ch.* 56, *s.* 29, 1 *R. L.* 526) allows treble damages, unless the defendant bring himself within the exceptions. (He read an affidavit that the verdict was, in fact, as entered by the Clerk; that the jury did not return a verdict for single damages.) In *Shotwell* v. *Daniels*, (8 *John.* 341) the Court point out the matters necessary to be shewn upon this application. It should appear of record that the *single value* alone is found by the jury. They may, for aught that appears, have found *treble damages*, or the defendant may have brought himself within the exceptions.

*Curia.* To entitle him to have the damages and costs trebled, on motion, the plaintiff must, 1. Count upon the statute: 2. The jury must find, generally, for the plaintiff, and assess the single value of the wood, &c. cut or carried off, *in terms.* If they do not thus find, we will intend that they

*[margin note:]* On motion for treble damages, &c. under the act, (sess. 36, ch. 56, s. 29,) the count must be upon the statute, the jury must find for the plaintiff generally, and assess the single value of the wood, &c. in terms: Otherwise, the court will intend, that the jury found treble damages, or that the defendant brought himself within the provisos of the act.

UTICA,     have found the treble value, or that the defendant brought
August, 1823.   himself within the provisos of the act.

IN THE MAT-
TER OF SHAW.                                        Motion denied